1 RICK BLAKE, State Bar No.81452
   FARHAD MICHAEL AYAZ, State Bar No. 254973
2 LAW OFFICES OF RICK A. BLAKE
   2107 N. Broadway, Suite 106
3 Santa Ana, California 92706
   Tel: (714) 667-7171
4 Fax: (714) 667-0477

5 Attorney for Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CAMPOS,<br><br>Plaintiff,<br><br>vs.<br><br>ERLINDA MARTINEZ, an individual; JOSE DUARTE, an individual; DIANE HAJAR, an individual; MARIBEL ALVARADO, an individual; JAIME MARTINEZ, an individual; COUNTRYWIDE HOME LOANS, INC.; HOMECOMINGS FINANCIAL, INC.; THE MORTGAGE STORE FINANCIAL, INC.; PROVINCIA REALTY CORPORATION; FAMILY HOME LOANS, INC., dba FUTURE INVESTMENTS REAL ESTATE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV08 – 04002 AHM (FMO)<br><br>Hon. A. Howard Matz<br><br>State Court Case No. TC021628<br><br>NOTICE OF DISMISSAL WITH PREJUDICE AND STIPULATION TO REMAND TO STATE COURT |

**TO THE JUDGE OF THE ABOVE-REFERENCED COURT:**

Plaintiff Veronica Campos hereby dismisses with prejudice her following causes of action against defendant Diane Hajar: (1) Fifth Cause of Action alleging violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 et seq., and (2) Seventh Cause of Action alleging violation of Calif. Bus. & Prof. Code, § 17200, to the extent this cause of action is based on alleged violations of federal law, including but not limited to, RESPA and / or the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 et seq.

Based on the foregoing dismissal of Plaintiff's federal claims against her, defendant Diane Hajar, through her counsel, hereby stipulates to remand this matter to Superior Court of the State of California, County of Los Angeles, Case No. TC021628 for further proceedings.

The parties have stipulated, subject to this court's approval, to remand the subject action to the Superior Court of the State of California, County of Los Angeles, Case No. TC021628 for further proceedings.

DATED: September 23, 2008          LAW OFFICES OF RICK A. BLAKE

                                   RICK A. BLAKE,
                                   Attorney for PLAINTIFF

DATED: September 23, 2008          SUOJANEN LAW OFFICE

                                   Bill Suojanen
                                   Attorney for Defendant, Diane Hajar

**ORDER ON REMAND**

FOR GOOD CAUSE SHOWN, and pursuant to 28 U.S.C. 1447(c), this matter is hereby remanded to the Superior Court of the State of California, County of Los Angeles, Case No. TC021628. No costs, attorney fees or other expenses shall be awarded arising from the removal.

IT IS SO ORDERED.

DATED: 10/7, 2008                  _____
                                   HONORABLE A. HOWARD MATZ
                                   United States District Court Judge

STIPULATION FOR REMAND 28
U.S.C. 1447(c)